# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:11−cv−03035−RRM−VVP

| | |
|---|---|
| Lowenbein v. Mel S. Harris &Associates, LLC | Date Filed: 06/24/2011 |
| Assigned to: Judge Roslynn R. Mauskopf | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Viktor V. Pohorelsky | Nature of Suit: 480 Consumer Credit |
| Cause: 15:1692 Fair Debt Collection Act | Jurisdiction: Federal Question |

**Plaintiff**

**Yosef Lowenbein**  represented by  **Adam Jon Fishbein**
*on behalf of himself and all others similarly situated*

Adam J. Fishbein, Attorney at Law
483 Chestnut Street
Cederhurst, NY 11516
(516) 791−4400
Fax: (516) 791−4411
Email: fishbeinadamj@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mel S. Harris &Associates, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2011 | 1 | COMPLAINT against Mel S. Harris &Associates, LLC Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by Yosef Lowenbein. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 06/27/2011) |
| 06/24/2011 | | Summons Issued as to Mel S. Harris &Associates, LLC. (Davis, Kimberly) (Entered: 06/27/2011) |
| 06/24/2011 | | FILING FEE: $ 350.00, receipt number 465303668 (Davis, Kimberly) (Entered: 06/27/2011) |
| 08/25/2011 | | SCHEDULING ORDER: An initial conference will be held in this case on **November 1, 2011 at 10:00 a.m.** before Viktor V. Pohorelsky, United States Magistrate Judge in Courtroom 13A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. All parties are directed to make the disclosures required by Rules 26(a)(1) of the Federal Rules of Civil Procedure no later than *five days before* the conference. **All counsel are required to attend, and plaintiffs counsel is directed to ensure that all counsel are aware of their obligation to appear.** Any requests for adjournment must be made in writing on notice to opposing parties, and must disclose whether or not all parties consent. No request for adjournment will be considered unless made at least forty−eight (48) hours before the scheduled conference. Ordered by Magistrate Judge Viktor V. Pohorelsky on 8/25/2011. (Newton, Joan) (Entered: 08/25/2011) |